**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARSHALL AMPLIFICATION PLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 22-cv-00480 |

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Marshall Amplification Plc ("Plaintiff" or "Marshall") by and through its undersigned counsel, certifies that it has no parent company and that no publicly held company owns more than 5% of its stock.

Dated this 27th day of January 2022.         Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Marshall Amplification Plc*